UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

Plaintiff,

v.

GIAN HERNANDEZ, et al.,

Defendants.

No. 2:18-cv-2098-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He asserts claims arising out of events that occurred at California State Prison, Los Angeles County. *See* ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

/////

1

In this case, the defendants are located in and the claims arose in the County of Los Angeles. Venue, therefore properly lies in the Western Division of the United States District Court for the Central District of California, and not in this district. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(2).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Western Division of the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

DATED: August 14, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE